ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@wilsonelser.com
SHIVANI NANDA (SBN 253891)
Email: Shivani.Nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

JS-6

Attorneys for Plaintiff
AMERICAN GENERAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>DUC NGUYEN and DOES 1 - 10,<br><br>            Defendant. | Case No. SACV 08-1211-JVS(JWJx)<br><br>JUDGMENT OF COURT |

Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY's ("American General") application for default judgment against defendant DUC NGUYEN ("Defendant") came on regularly for hearing by this Court on June 29, 2009, at 1:30 p.m.

Having considered all papers filed in support of this motion, the arguments of counsel at the hearing on this motion, and all pleadings and evidence filed in this action:

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That American General properly filed its complaint on or about October 30, 2008;

2. That American General's complaint is sufficiently pled;

3. That Defendant was duly served with the summons by publication on April 10, 2009, April 17, 2009, April 24, 2009 and May 1, 2009;

4. That Defendant was required to plead, or otherwise respond, to American General's complaint by May 28, 2009;

5. That Defendant has neither pled nor otherwise responded to American General's complaint, and the time for doing so expired on May 28, 2009;

6. That a default judgment against Defendant shall be entered in this action and American General designated the prevailing party;

7. That Defendant is permanently enjoined from instituting or prosecuting any proceeding in any State, or United States, Court against American General with respect to the individual life insurance policy, Policy No. YMD00584149, that is the subject of this action;

8. The subject policy be rescinded on the grounds of fraud, misrepresentation and/or concealment of material facts; and

9. That American General be awarded its costs of suit incurred herein in the amount of $350.00.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
United States District Judge James Selna